UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHIRLEY GRAY,
    Plaintiff,

Case No. 2:13-cv-157

v.                                                      HON. R. ALLAN EDGAR

COMMISSIONER OF SOCIAL SECURITY,
    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 17, 2014, Magistrate Judge Timothy P. Greeley recommended that this Court reverse the Commissioner's decision and remand for further administrative proceedings. (Docket #22) No objections were filed to the Report and Recommendation. Therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated June 17, 2014 (Docket #22) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and the case is **REMANDED** for further administrative proceedings consistent with this Opinion.

SO ORDERED.

Dated:   9/16/2014                                /s/ R. Allan Edgar
                                                                  R. Allan Edgar
                                                                  United States District Court Judge